## Schmidt, Appellant, *v.* Gregory.

Argued November 12, 1971.

*Kenneth W. Behrend,* with him *Behrend & Aronson,* for appellant; *Robert S. Grigsby,* with him *Thomson, Rhodes & Grigsby,* for appellee.

Order affirmed.

SPAULDING, J., absent.